### 12326. PRITCHETT v. THE STATE.

BROYLES, C. J. The verdict was authorized by the evidence and approved by the trial judge, and the only assignment of error is upon the overrul-

ing of the motion for a new trial, which contained only the usual general grounds.     *Judgment affirmed. Luke and Bloodworth, JJ., concur*
DECIDED MAY 11, 1921.

Accusation of possessing intoxicating liquor; from city court of Carrollton — Judge Hood. February 12, 1921.

*Emmett Smith,* for plaintiff in error.

*Willis Smith, solicitor,* contra.